UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

Latonya Boyce

Case No: 6:08-bk-07501-KSJ
Chapter 13

Debtor

**Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments**

THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Payments (Document No. 43). The Court, having found that the Debtor failed to become current under the Motion, finds that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Dismiss is granted and this case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. Of the Debtor's $48.90 balance in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to secured creditors provided for in the Debtor's current plan, $0.00 attorney fees provided for in the Debtor's current plan, and $0.00 to the Trustee. The balance of $48.90 shall be turned over to the Debtor.

DONE and ORDERED in Orlando, Florida, this 11th day of June, 2010

Karen S. Jennemann
United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties